| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828377<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on December 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON TRUFFIN | Case No: 19-23622 - JKS<br><br>Hearing Date: 12/12/2019<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 30, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 828377**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

SHARON TRUFFIN
CARLOS TRUFFIN

Debtors

CASE NO. 19-23622 - JKS

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 12/12/2019

  **This Order pertains to the property located at 106 SUMMIT AVENUE, BLOOMFIELD, NJ 07003-3866, mortgage account ending with "7382";**

  **THIS MATTER** having been brought before the Court by, Stuart D Minion, Esquire attorney for debtors, SHARON TRUFFIN, CARLOS TRUFFIN upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

  **IT IS** on the _____ day of _____, 2019, ORDERED as follows:

  1. Secured Creditor filed a Proof of Claim as claim number 3-1 on the claims register which indicates a secured arrearage claim in the amount of $11,298.58.

  2. Debtor agrees to pay the amount owed to the Secured Creditor as per the filed Proof of Claim and the Chapter 13 Trustee is permitted to disburse on Secured Creditor's pre-petition arrearage claim.

  3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

  4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.