| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828377<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on December 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON TRUFFIN | Case No: 19-23622 - JKS<br><br>Hearing Date: 12/12/2019<br><br>Judge: JOHN K. SHERWOOD |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 828377**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF NEW JERSEY

IN RE:

    SHARON TRUFFIN                    CASE NO. 19-23622 - JKS
    CARLOS TRUFFIN

                                                     CHAPTER 13

       Debtors                              ORDER RESOLVING
                                                     OBJECTION TO CONFIRMATION

                                                     HEARING DATE: 12/12/2019

     **This Order pertains to the property located at 106 SUMMIT AVENUE, BLOOMFIELD, NJ 07003-3866, mortgage account ending with "7382";**

     **THIS MATTER** having been brought before the Court by, Stuart D Minion, Esquire attorney for debtors, SHARON TRUFFIN, CARLOS TRUFFIN upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

     **IT IS on the**                    **day of**                         , **2019, ORDERED as follows:**

     1.    Secured Creditor filed a Proof of Claim as claim number 3-1 on the claims register which indicates a secured arrearage claim in the amount of $11,298.58.

     2.    Debtor agrees to pay the amount owed to the Secured Creditor as per the filed Proof of Claim and the Chapter 13 Trustee is permitted to disburse on Secured Creditor's pre-petition arrearage claim.

     3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

     4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-23622-JKS
Sharon Truffin                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Dec 30, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             +Sharon Truffin,    106 Summit Avenue,    Bloomfield, NJ 07003-3866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
    Phillip Andrew Raymond     on behalf of Creditor    Bayview Loan Servicing, LLC
     phillip.raymond@mccalla.com
    Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
    Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
    Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
     nj.bkecf@fedphe.com
    Stuart D. Minion    on behalf of Debtor Sharon  Truffin sminion@minionsherman.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 9