STUART D. MINION, ESQ
MINION AND SHERMAN
33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-23622

| Re: | SHARON TRUFFIN<br>106 SUMMIT AVENUE<br>BLOOMFIELD, NJ  07003 | Atty: | STUART D. MINION, ESQ<br>MINION AND SHERMAN<br>33 CLINTON ROAD<br>SUITE 105<br>WEST CALDWELL, NJ  07006 |
|---|---|---|---|

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 6073886000 | 09/09/2019 | $100.00 | 6164406000 |
| 10/07/2019 | $100.00 | 6233061000 | 11/06/2019 | $100.00 | 6312964000 |
| 12/03/2019 | $100.00 | 6374992000 | 01/14/2020 | $100.00 | 6479833000 |

**Total Receipts: $600.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING LLC | 01/13/2020 | $433.71 | 841,027 | | | |
| WELLS FARGO BANK NA | 01/13/2020 | $30.93 | 842,247 | | | |
| WELLS FARGO OPERATIONS CENTER | 01/13/2020 | $14.26 | 842,265 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 26.30 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BAYVIEW LOAN SERVICING LLC | MORTGAGE ARR | 158,414.31 | 100.00% | 433.71 | 157,980.60 |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,061.20 | 100.00% | 0.00 | 2,061.20 |
| 0006 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARR | 5,208.30 | 100.00% | 14.26 | 5,194.04 |
| 0007 | WELLS FARGO BANK NA | MORTGAGE ARR | 11,298.58 | 100.00% | 30.93 | 11,267.65 |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 10,776.93 | 100.00% | 0.00 | 10,776.93 |
| 0010 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | STATE OF NEW JERSEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $505.20**
See Summary

**Chapter 13 Case # 19-23622**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $600.00    -    Paid to Claims: $478.90    -    Admin Costs Paid: $26.30    =    Funds on Hand: $94.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.