UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MINION & SHERMAN
Stuart Minion, Esq. ID#039741991
33 Clinton Road
Suite 105
West Caldwell, NJ 07006
973.882.2424 Phone
973.882.0856 Fax
sminion@minionsherman.com
Attorney for Debtor

In Re:

SHARON TRUFFIN

Case No.: 19-23622

Judge: SHERWOOD

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  Bayview Loan Servicing, LLC , creditor,

    A hearing has been scheduled for _____March 12, 2020_____, at  10:00 a.m .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I am the attorney for the debtor and I am filing a motion to sell the property in question with a closing date of March 25, 2020. Upon sale, the loan (and bankruptcy plan) will be paid off in full. The creditor is fully secured. The motion to approve the sale is being filed later today or tomorrow.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3-3-20

Debtor's Signature
STUART MINION, ESQ.
Attorney for Debtor
Debtor's Signature

Date: _____

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*