UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Case No.: __19-23622__
   Chapter: __13__
   Judge: __SHERWOOD__

## NOTICE OF PROPOSED PRIVATE SALE

__Sharon Truffin__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| United States Bankruptcy Court<br>Martin Luther King Federal Building and Court House<br>50 Walnut Street, #rd Floor<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __3/26/2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 8 Meadow Lane, Roseland, NJ 07068 |
|---|---|

| Proposed Purchaser: | 5 Staff, LLC |
|---|---|

| Sale price: | $850,000 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Joseph Nitti, Esq. | Maria A. Rampinelli |
|---|---|---|
| Amount to be paid: | $2,000 plus expenses | 6% of Sale Price |
| Services rendered: | Real Estate Cousnel | Real Estate Broker |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Stuart Minion, Esq.

Address: 33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: 973.882.2424

*rev. 8/1/15*