UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                Case No.:    19-23622
                                                      Chapter:     13
                                                      Judge:       SHERWOOD

## NOTICE OF PROPOSED PRIVATE SALE

__Sharon Truffin__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court |
|---|---|
| | Martin Luther King Federal Building and Court House |
| | 50 Walnut Street, #rd Floor |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __3/26/2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  8 Meadow Lane, Roseland, NJ 07068

Proposed Purchaser:  5 Staff, LLC

Sale price:  $850,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Joseph Nitti, Esq. | Maria A. Rampinelli |
|---|---|---|
| Amount to be paid: | $2,000 plus expenses | 6% of Sale Price |
| Services rendered: | Real Estate Cousnel | Real Estate Broker |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Stuart Minion, Esq.

Address: 33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: 973.882.2424

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-23622-JKS
Sharon Truffin                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db          +Sharon Truffin,   106 Summit Avenue,   Bloomfield, NJ 07003-3866
cr          +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
518349533   +KML Law Group, P.C.,   216 Haddon Ave,   Suite 406,   Collingswood, NJ 08108-2812
518359786    Resurgent Capital Services as agent for Via Novus,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
518349534   +Shapiro & Diaz,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
518349536   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)
518349535   +Wells Fargo Bank,   Attn: Written Correspondnce Dept,   Po Box 10335,
              Des Moines, IA 50306-0335
518415942    Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
              1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:34     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518349531   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 06 2020 01:46:13
              Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1873
518466499   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 06 2020 01:46:13
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Boulevard,   5th Floor,
              Coral Gables, FL 33146-1873
518349532   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 01:41:04     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518364953   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 02:03:54
              Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518387113    Carlos Truffin
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com

```
District/off: 0312-2           User: admin                  Page 2 of 2              Date Rcvd: Mar 05, 2020
                               Form ID: pdf905              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stuart D. Minion    on behalf of Debtor Sharon  Truffin sminion@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 9