UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MINION & SHERMAN
Stuart D. Minion, Esq.
33 Clinton Road
Suite 105
West Caldwell, New Jersey 07006
973.882.2424
973.882.0856 (fax)
sminion@minionsherman.com
Attorney for Debtor

Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON TRUFFIN

Case No.: 19-23622
Chapter: 13
Judge: SHERWOOD

## ORDER AUTHORIZING RETENTION OF

Maria A. Rampinelli

The relief set forth on the following page is **ORDERED**.

**DATED: March 11, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Maria A. Rampinelli___ as ___realtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Berkshire Hathaway HomeServices
14 Forest Avenue
Caldwell, NJ 07006

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*