UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MINION & SHERMAN
Stuart D. Minion, Esq.
33 Clinton Road
Suite 105
West Caldwell, New Jersey 07006
973.882.2424
973.882.0856 (fax)
sminion@minionsherman.com
Attorney for Debtor

Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON TRUFFIN

Case No.: 19-23622

Chapter: 13

Judge: SHERWOOD

## ORDER AUTHORIZING RETENTION OF

Joseph Nitti, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: March 11, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Joseph Nitti, Esq._____
as _____real estate cousnel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 145 Eagle Rock Avenue
   Roseland, NJ 07068

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Truffin  
     Debtor

Case No. 19-23622-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 11, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db          +Sharon Truffin,    106 Summit Avenue,    Bloomfield, NJ 07003-3866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com  
         Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC  
         phillip.raymond@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com  
         Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         Stuart D. Minion    on behalf of Debtor Sharon Truffin sminion@minionsherman.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 9