|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:  Stuart D. Minion, Esq. – ID#039741991<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on April 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| SHARON TRUFFIN,<br><br>                Debtor | Case No.:19-23622 JKS<br><br>Chapter 13<br><br>Hearing Date:  3/26/2020<br><br>Judge:  John K. Sherwood |

Recommended Local Form has been modified

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

The relief set forth on the following pages, numbered <u>Two (2)</u> through <u>Three (3)</u> is hereby **ORDERED**.

**DATED: April 3, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
**Debtor: Sharon Truffin**
**Case No: 19-23622 JKS**
**Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY**

---

1. The Debtor is authorized to sell the Real Property, located at 8 Meadow Lane, Roseland, New Jersey 07068, upon the terms and conditions of the Contract for Sale for $850,000.00 to 5 Staff, LLC pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale shall be applied to pay, in full at closing, the first mortgage on the real property which is held by Bayview Funding pursuant to a payoff statement issued in the normal course.

3. Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate counsel and broker's commissions, if said counsel and broker have not already been approved by this court. If said counsel and/or broker have been approved by this court in advance of the sale, the counsel and broker shall be paid at closing in the normal course.

4. Other normal and ordinary closing fees and adjustments including realty transfer taxes payable by the Debtor and non-filing co-owner may be satisfied from the proceeds of sale in the normal course. This includes any liens against non-filing co-owner.

5. A copy of the HUD/CD/Alta settlement statement shall be forwarded to the Chapter 13 Standing Trustee five days after closing.

6. Other provisions:

    A. Debtor's counsel is hereby allowed a legal fee of $1,000.00 for the representation of the Debtors in connection with this motion.

    B. 50% of the net proceeds after payment of all mortgages and the aforementioned closing costs shall be distributed to the non-debtor spouse, Carlos Truffin.

(Page 3)
**Debtor: SHARON TRUFFIN**
Case No: 19-23622 JKS
**Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY**
_____

      C.    50% of the net proceeds after payment of all mortgages and the aforementioned closing costs, representing Debtor's share shall be distributed as follows:

      1.    The balance of Debtor's share shall be paid to Marie-Ann Greenberg, Chapter 13 Standing Trustee, to be distributed in accordance with debtor's Chapter 13 plan or in the alterative the Debtor shall pay the amount necessary to pay off the debtor's chapter 13 plan.

      D.    If necessary, Debtor shall file a Modified Chapter 13 Plan within 30 days from the date of closing.

      E.    The 14 day stay of Bankruptcy Rule 6004(h) is waived.

7. The sale must be completed within one-hunred twenty (120) days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Truffin  
     Debtor

Case No. 19-23622-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db            +Sharon Truffin,   106 Summit Avenue,   Bloomfield, NJ 07003-3866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com
         Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC
         phillip.raymond@mccalla.com
         Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
         Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
         nj.bkecf@fedphe.com
         Stuart D. Minion    on behalf of Debtor Sharon   Truffin sminion@minionsherman.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 9