| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>SHARON TRUFFIN | Case No.: 19-23622<br><br>Adv. No.:<br><br>Hearing Date: 09/24/2020<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/10/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SHARON TRUFFIN
106 SUMMIT AVENUE
BLOOMFIELD, NJ  07003
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STUART D. MINION, ESQ
MINION AND SHERMAN
33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NJ  07006
Mode of Service:  Regular Mail

Dated:  August 10, 2020                    By:  /S/  Jackie Michaels
                                                Jackie Michaels