Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sharon Truffin, | Case No. 19-23622-JKS |
|  | Hearing Date: September 24, 2020 at 10:00 AM |
| Debtor. | Judge: John K. Sherwood |

**INTERIM ORDER REQUIRING DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS TO MOVANT**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:              2
Debtor:            Sharon Truffin
Case No.:          19-23622-JKS
Caption of Order:  **INTERIM ORDER REQUIRING DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS TO MOVANT**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") (ECF No. 30) filed by Bayview Loan Servicing, LLC ("Movant") seeking to vacate the stays in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), with respect to property located at 8 Meadow Lane, Roseland, New Jersey 07068, and Sharon Truffin ("Debtor") having filed opposition thereto, for the reasons set forth on the record, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtor shall make an adequate protection payment to Movant in the amount of $3,000.00 no later than September 30, 2020.
2. Debtor shall make another adequate protection payment to Movant in the amount of $3,000.00 no later than October 20, 2020.
3. The Motion is hereby carried to November 12, 2020 at 10:00 AM and shall be marked final.