Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sharon Truffin, | Case No. 19-23622-JKS |
|  | Hearing Date: September 24, 2020 at 10:00 AM |
| Debtor. | Judge: John K. Sherwood |

**INTERIM ORDER REQUIRING DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS TO MOVANT**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 7, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor: Sharon Truffin
Case No.: 19-23622-JKS
Caption of Order: **INTERIM ORDER REQUIRING DEBTOR TO MAKE ADEQUATE PROTECTION PAYMENTS TO MOVANT**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") (ECF No. 30) filed by Bayview Loan Servicing, LLC ("Movant") seeking to vacate the stays in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), with respect to property located at 8 Meadow Lane, Roseland, New Jersey 07068, and Sharon Truffin ("Debtor") having filed opposition thereto, for the reasons set forth on the record, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtor shall make an adequate protection payment to Movant in the amount of $3,000.00 no later than September 30, 2020.
2. Debtor shall make another adequate protection payment to Movant in the amount of $3,000.00 no later than October 20, 2020.
3. The Motion is hereby carried to November 12, 2020 at 10:00 AM and shall be marked final.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-23622-JKS
Sharon Truffin                                                                                  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sharon Truffin, 106 Summit Avenue, Bloomfield, NJ 07003-3866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Bayview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 1

Sherri Jennifer Smith
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

Stuart D. Minion
    on behalf of Debtor Sharon Truffin sminion@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9